IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

|  |  |
|---|---|
| FRANYOR SNEYBER SUAREZ-DUARTE,<br><br>　　Petitioner,<br><br>v.<br><br>BRIAN ACUNA, Acting Field Office Director of Immigration and Customs Enforcement, New Orleans Field Office, Immigration and Customs Enforcement; TRINITY MINTER, Warden of West Tennessee Detention Facility; TODD LYONS, Acting Director of Immigration and Customs Enforcement; KRISTI NOEM, Secretary, U.S. Department of Homeland Security; PAMELA BONDI, U.S. Attorney General; U.S. DEPARTMENT OF HOMELAND SECURITY; and U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>　　Respondents. | No. 2:25-cv-03075-SHL-tmp |

**ORDER REQUIRING ADDITIONAL INFORMATION FROM PETITIONER AND ORDERING SERVICE BY PETITIONER**

On November 24, 2025, Petitioner Franyor Sneyber Suarez-Duarte filed the Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241, challenging his continued detention in the West Tennessee Detention Facility without a bond hearing, arguing that he is entitled to a bond hearing under 8 U.S.C. § 1226 and that his continued detention without such a hearing violates his constitutional rights. (ECF Nos. 1, 1-2.) However, Suarez-Duarte failed to provide sufficient relevant facts in the Petition. (ECF No. 1-2 at PageID 12–13.) To avoid the need for a hearing, it is **ORDERED** that:

　　(1)　　Suarez-Duarte shall **SUPPLEMENT the Petition** within five days of the entry of

this Order, and provide a factual basis affirmatively showing why he should not be considered an "arriving alien" under 8 U.S.C. § 1225.  He shall, also within five days of this Order, **serve one copy each of (1) the Petition (ECF Nos. 1, 1-1, 1-2, 1-3), (2) his supplemental facts, and (3) this Order (ECF No. 6)** on each Respondent, and ensure that copies are delivered to the United States Attorney for the Western District of Tennessee at the following address:

> Stuart Canale, Assistant United States Attorney
> United States Attorney's Office
> 167 North Main Street, Suite 800
> Memphis, TN 38103

Additionally, Suarez-Duarte shall serve the documents listed above on the United States Attorney for the Western District of Tennessee electronically at the following email address: stuart.canale@usdoj.gov.

**Failure to fully comply with these service requirements may justify dismissal of the Petition under Federal Rule of Civil Procedure 41(b).**  Fed. R. Civ. P. 41(b) ("If the plaintiff fails to . . . comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it.") (emphasis added).

(2)    Within **five days** after Suarez-Duarte fully complies with the above service requirements, Respondents shall respond to the petition for writ habeas corpus in writing.

(3)    Suarez-Duarte may file a reply within **two days** after Respondents' responsive filing.

(4)    Respondents shall not transfer Petitioner Suarez-Duarte out of the West Tennessee Detention Center during the pendency of the Petition.

**IT IS SO ORDERED,** this 26th day of November, 2025.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE