**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| FRANYOR SNEYBER SUAREZ-DUARTE,<br><br>　　　Petitioner,<br><br>v.<br><br>BRIAN ACUNA, Acting Field Office Director of Immigration and Customs Enforcement, New Orleans Field Office, Immigration and Customs Enforcement; TRINITY MINTER, Warden of West Tennessee Detention Facility; TODD LYONS, Acting Director of Immigration and Customs Enforcement; KRISTI NOEM, Secretary, U.S. Department of Homeland Security; PAMELA BONDI, U.S. Attorney General; U.S. DEPARTMENT OF HOMELAND SECURITY; and U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>　　　Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 2:25-cv-03075-SHL-tmp |

**JUDGMENT**

**JUDGMENT BY COURT.**  This action having come before the Court on Petitioner Franyor Sneyber Suarez-Duarte's Petition (ECF No. 1), filed November 24, 2025,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Granting Motion to Withdraw Petition for Writ of Habeas Corpus and Terminate Case Without Prejudice, (ECF No. 8), filed December 2, 2025, and under Federal Rule of Civil Procedure 41(a)(1)(A)(i), all claims by Petitioner Suarez-Duarte against Defendants are **DISMISSED WITHOUT PREJUDICE**.

APPROVED:

s/ Sheryl H. Lipman_____
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

December 3, 2025_____
Date